IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL STROUBE,<br><br>       Plaintiff,<br><br>   v.<br><br>THE NEW HOME COMPANY, INC., H. LAWRENCE WEBB, WAYNE J. STELMAR, DOUGLAS C. NEFF, MICHAEL J. BERCHTOLD, SAM BAKHSHANDEHPOUR, GREGORY P. LINDSTROM, CATHEY S. LOWE, and PAUL C. HEESCHEN,<br><br>       Defendants. | Civil Action No. 1:21-cv-07065-JSR |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Paul Stroube hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: September 10, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*